# DECISIONS IN CASES NOT REPORTED.

## Fifth Department, October Term, 1886.

The Union Cemetery Association and others, Respondents, v. The City of Buffalo and others, Appellants. — Motion to dismiss appeal denied, without costs. — The judgment, in so far as it restrains the city of Buffalo or the treasurer thereof from paying the orders heretofore issued by the city or the officers thereof, in favor of David W. McConnell, in payment for work wrongfully and falsely certified by the engineer of the city to have been performed by McConnell upon the contract, and in so far as it restrains said McConnell from selling and disposing of any of said orders, is affirmed; in other respects the judgment is reversed, without costs to either party. Order to be settled by Haight, J.

John M. French, Jr. Appellant, v. Daniel W. Powers, Respondent, Impleaded, etc. — Judgment affirmed, with costs.

John M. Burkhardt, Respondent, v. James Babcock, Appellant. — Judgment modified by deducting $119.23, as of the date of the decree, and as so modified affirmed, with costs. Opinion by Barker, J.

Mary J. Gilligan, Respondent, v. George Feuschter and another, Appellants. — Declined to be considered for the reason that the case does not appear to have been settled by the trial judge.

Micajah W. Jackson, Plaintiff, v. The City of Rochester, Defendant. — Motion for a new trial denied and judgment ordered for the plaintiff on the verdict, on the authority of Hooker v. The City of Rochester (37 Hun, 181).

George Gorham, Executor, etc., Respondent, v. Millard T. Fillmore, Appellant. — Judgment affirmed, on opinion of Lewis, J., at circuit.

George N. Collins and others, Respondents, v. George H. Harris, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Barker, J.

Thomas Moore, Respondent, v. Henry A. Taylor and others, Appellants.

Same v. Same.

Thomas Moore, Claimant, v. The Rochester and Ontario Belt Railway Company and others. — Order affirmed, with ten dollars costs and disbursements, on opinion of referee.

Edward T. Stevens, as Administrator, etc., Respondent, v. John S. Seibold. Appellant. — Judgment reversed and new trial ordered, costs to abide event. Opinion by Smith, P. J.; Haight, J., not sitting.

In the Matter of the Petition of Jacob Beehler and others to Drain Swamp Lands in the Town of Hamburg. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.

Elizabeth A. S. Rockwell, Respondent, v. J. J. P. Reed, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Hannah E. Alvey, Respondent, v. Orange W. McKinney, Appellant. — Judgment reversed on a question of fact and a new trial ordered before another referee, costs to abide event, unless the plaintiff stipulates within twenty days to reduce the judgment to $300 damages, in which case the judgment so reduced is affirmed, without costs of this appeal to either party. Opinion by Smith, P. J.

The Buffalo and Grand Island Ferry Company, Appellant, v. Lewis F. Allen, Respondent. — Judgment affirmed, with costs. Opinion by Barker, J.

Charles Fincke and others, as Executors, etc., Respondents, v. The City of Buffalo, Appellants. — Order affirmed, with costs of this appeal. Opinion by Bradley, J.

Hiram V Eldridge, Respondent, v. George D. Smith, Appellant. — Judgment affirmed. Opinion by Smith, P. J.; Haight J., not sitting.

David Butler, Respondent, v. Hugh M. Montgomery, Appellant. — Judgment affirmed; Haight, J., not sitting.

Garret Milk and others, Respondents, v. Benjamin Wait, Appellant. — Judgment affirmed, with costs, on opinion of Childs, J,. at Special Term, with leave to the defendant to withdraw demurrer and answer within twenty days on payment of the costs of the demurrer and of this appeal.

James S. Casten, Respondent, v. George V. Decker, Appellant. — Judgment of the County Court affirmed. Opinion by Bradley, J.

David J. Cridler and another, Respondents, v. Henry Colegrove, Appellant. — Judgment and order reversed and a new trial ordered, costs to abide event. Opinion by Smith, P. J.

Richard L. Whiting, Respondent, v. Peter Hood and another, Appellants. — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Haight, J.

The People of the State of New York ex rel. Maggie Cartmill and others v. The City of Rochester.—The return to the writ of certiorari sent back to the Police Justice to be corrected, by inserting a copy of the ordinance for the violation of which the relators were convicted.

John Underwood, as Receiver, etc., Appellant, v. Horace T. Cook. Public Administrator, etc., Respondent. — Judgment affirmed, with costs. Opinion by Haight, J.

Charles Mather, Plaintiff, v. B. Perley Freelove and another, Defendants. —Motion for new trial denied, and judgment ordered for the plaintiff on the verdict. Opinion by Bradley, J.; Smith, P. J., not present.

The Village of Olean, Plaintiff, v. John King and others, Defendants. — Motion for new trial denied, and judgment ordered for the plaintiff on the verdict. Opinion by Barker, J.; Smith, P. J., not sitting.

Ann Manktelow, Appellant, v. Hannah Lilly Respondent.—Order reversed, and motion to set aside inquisition granted; ten dollars costs and disbursements to abide event. Opinion by Bradley. J.

Yette Thalheimer, Appellant, v. Ferdinand Hays and others, Respondents.

Salie Frankel, Appellant, v. Same, Respondent. —Order in each case affirmed, with ten dollars costs and disbursements in one case.

Mary Foster, Appellant, v. The City of Buffalo, Respondent.—Judgment affirmed, with costs, upon the opinion of Lewis, J., at Special Term. Barker, J., not sitting.

Edward A. Nealon, Respondent, v. The Grand Trunk Railway Company of Canada, Appellant.—Order reversed and new trial granted, costs to abide event. Opinion by Smith, P. J.; Haight, J., not sitting.

In the Matter of the Judicial Settlement of the Accounts of John D. Collamer, as Executor, etc.—Decree modified as stated in the opinion, and as so modified affirmed, with costs of the appeal to the respondent, to be paid out of the principal of the estate. Opinion by Smith, P. J.